UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD WILSON JR. (#365317)                                            CIVIL ACTION

VERSUS

MAJOR MOORE, ET AL.                                                        NO. 14-0460-BAJ-RLB

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on October 24, 2014.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**EDWARD WILSON JR. (#365317)**　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**

**MAJOR MOORE, ET AL.**　　　　　　　　　　　　　　　　**NO. 14-0460-BAJ-RLB**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to Order dated August 12, 2014 (R. Doc. 12), the plaintiff was ordered to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $ 1.67, "or this action shall be dismissed".  Upon the plaintiff's failure to comply with the Court's directive, the Court entered a second Order on September 26, 2014 (R. Doc. 13), directing the plaintiff to appear and show cause, in writing, within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial fee.  The Court's Order further directed the plaintiff to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing and savings accounts for the months of August and September, 2014, including deposits into, withdrawals from, and balances in these accounts.  *Id.*  The referenced Order further advised the plaintiff that documentation that did not include the relevant information would not be considered responsive to the Order.  *Id.*  Finally, the Court's Order advised the plaintiff that, in the event that he failed to provide the requested documentation or in the event that the Court was able to determine from the plaintiff's records that he had possessed in his inmate accounts sums sufficient to make the required payment but had failed to do so, the plaintiff's action would be dismissed without further notice for failure to pay the Court's initial partial filing fee.  *Id.*

The plaintiff has now responded to the Court's Order, *see* R. Docs. 14 and 15, but he has

failed to provide the documentation which the Court explicitly requested. Instead, without explanation or request for additional time to comply, the plaintiff merely states in his Response that it is "impossible" for him to pay the initial partial fee and that his Complaint should not be dismissed for non-payment. In addition, he has provided a more recent Statement of Account, dated October 8, 2014, certifying to the average deposits and balance in his inmate accounts for the preceding six months. This documentation, however, is not in compliance with the Court's Order and does not provide the Court with the information that the Court requires. The Court explicitly requested, upon threat of dismissal, copies of the plaintiff's monthly account statements that would show the daily activity in his inmate accounts, including but not limited to deposits into and withdrawals from these accounts (for canteen purchases, for example, or for other reasons). The requested documentation would show whether the plaintiff had money to spend following the issuance of the Court's Order to pay an initial partial filing fee and whether he spent the money on something other than the filing fee. In the absence of the requested documentation and in the absence of any explanation by the plaintiff for his failure to comply with the Court's Order to provide same, the Court finds that the plaintiff has failed to show good cause for his failure to pay the initial partial filing fee.

## RECOMMENDATION

It is recommended that the above-captioned proceeding be dismissed for failure of the plaintiff to comply with the Court's Orders to either pay an initial partial filing fee or show good cause for his failure to do so.

Signed in Baton Rouge, Louisiana, on October 24, 2014.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**